AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| JPT Group, LLC <br><br> *Plaintiff(s)* <br> v. <br> Yellow Box Corporation <br><br> *Defendant(s)* | Civil Action No. 4:15-cv-02873 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Yellow Box Corporation
3230 East Imperial Highway, Suite 300
Brea, California  92821

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
J. Reid Bumgarner
Port & Bumgarner LLP
6750 West Loop South
Suite 748
Houston, TX 77401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*